**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
ayates@maclaw.com
Attorneys for Defendants Det. Edwin Gutierrez, Det. Jarrod Grimmett and Officer Paul Lomaglio

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIEGO CRUZ-GOMEZ,<br>Plaintiff,<br>vs.<br>DETECTIVE CHADWICK VENSAND; DETECTIVE EDWIN GUTIERREZ; DETECTIVE JARROD GRIMMETT; CRAIG KING; AND OFFICER PAUL LOMAGLIO P#17234,<br>Defendants. | Case Number: 2:24-cv-00617-JAD-MDC<br><br>**<u>JOINT DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b) AND LR 26-1(d)</u>**<br><br>**<u>[SPECIAL SCHEDULING REVIEW REQUESTED]</u>** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(e), Plaintiff Diego Cruz-Gomez, *in proper person* ("Plaintiff") and Defendants Det. Edwin Gutierrez ("Gutierrez"), Det. Jarrod Grimmett ("Grimmett") and Officer Paul Lomaglio ("Lomaglio"), collectively ("Defendants"), by and through their attorneys of record, Craig R. Anderson, Esq. and Andrew Yates, Esq., with the law firm of Marquis Aurbach, hereby submit the following stipulated Discovery Plan and Scheduling Order. The Parties initiated the meet and confer process via letter correspondence beginning on October 19, 2026.

## I. <u>INFORMATION PURSUANT TO FRCP 26(F):</u>

1. Plaintiff Diego Cruz-Gomez, filed his Complaint with the United States District Court, District of Nevada on March 28, 2024 while incarcerated [ECF No. 1].

2. Plaintiff filed a Motion to Amending Complaint on April 29, 2024. [ECF No. 7]. The Court granted Plaintiff's motion on August 1, 2024, proceeding to screen only Plaintiff's First Amended Complaint. [ECF No. 9].

3. The Plaintiff's First Amended Complaint was dismissed with leave to amend, and the Court granted Plaintiff until September 2, 2024 to file a second amended complaint. [*Id.* at 7]. Plaintiff objected to the Court's Report and Recommendation [ECF No. 13], but the objection was overruled. [ECF No. 19].

4. Plaintiff's Second Amended Complaint was initially filed on August 30, 2024 as an attachment to his Motion to Amend Complaint. [ECF No. 17]. The Court denied Plaintiff's motion but separately filed his Second Amended Complaint as a separate docket item subject to screening on November 19, 2024. [ECF No. 20].

5. Plaintiff filed his Summons with Affidavit of Service for Defendants Officer Paul Lomaglio, Det. Jarrod Grimmett and Det. Edwin Gutierrez regarding his Second Amended Complaint on July 8, 2025. [ECF No. 38].

6. Plaintiff Diego Cruz-Gomez filed his Third Amended Complaint on July 24, 2025 [ECF No. 40].

7. Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint, on July 29, 2025 [ECF No. 41], but the Court denied the motion, finding that the Third Amended Complaint was the operative Complaint. [ECF No. 47].

8. Defendants filed their Motion to Dismiss Plaintiff's Third Amended Complaint on January 7, 2026. [ECF No. 48].

9. Defendants filed their Answer to Plaintiff's Third Amended Complaint on January 7, 2026. [ECF No. 49].

10. Plaintiff filed his Opposition to Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, ECF No. 40 on January 20, 2026. [ECF No. 52].

11. Defendants filed their Reply in Support of Motion to Dismiss on January 27, 2026 [ECF No. 54].

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

12. Pursuant to Court's Order [ECF No. 57], Defendants' Motion to Dismiss Claims 2 and 3 [Plaintiff's Third Amended Complaint [ECF No. 48] is granted without prejudice. This case proceeds only on Claim 1, which is Gruz-Gomez's search-warrant and conspiracy claim.

13. Plaintiff filed a Deposition Subpoena - Motion to Compel Discovery on October 5, 2026 [ECF No. 59].

14. The parties engaged in the meet and confer process via written correspondence in accordance with FRCP 26.1 and LR IA 1-3(f)(1) which began on October 19, 2026.

15. Discovery may be conducted on all matters relevant to issues raised by the pleadings and all matters otherwise within the scope of Rule 26(b)(1) and not protected from disclosure. The parties do not see any need to conduct discovery in phases or limit discovery further than the limits imposed by Rule 26(b)(1).

16. Generally, the deadlines outlined below are calculated based on the date the first defendant answers or appears. LR 26-1(b)(1). Due to the fact that the Plaintiff is an incarcerated individual and the parties have just completed the meet and confer via letter correspondence in accordance with FRCP 26.1 and LR IA 1-3(f)(1), the parties request that the deadlines be calculated from the date of the parties' initial FRCP 26(f) conference that took place via written correspondence which initially began on October 19, 2026. Permitting this special scheduling will assist the parties to conduct full discovery during the time period proposed in the instant stipulated discovery plan and reduce the likelihood that the parties will need to burden the Court with requests to extend discovery deadlines.

17. Aside from the instant proposed Scheduling Order, no orders are requested to be entered pursuant to FRCP 16(b), 16(c) or 26(c) at this time.

## II. <u>INFORMATION PURSUANT TO LOCAL RULE 26-1(E).</u>

### 1. <u>Discovery Cutoff Date:</u>

In accordance with Local Rule 26-1(e)(1), the parties shall have 180 days to conduct discovery and the last day of discovery shall be **April 16, 2027.**

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**2. Amending the Pleadings and Adding Parties:**

In accordance with Local Rule 26-1(e)(2), the last day to file a motion to amend the pleadings or to add parties shall be **January 15, 2027.**

**3. Experts:**

In accordance with Local Rule 26-1(e)(3), the last day for disclosures as required by FRCP 26(a)(2)(c) concerning experts shall be **February 15, 2027.** The last day for disclosures concerning rebuttal experts shall be **March 17, 2027.**

**4. Dispositive Motions:**

In accordance with Local Rule 26-1(e)(4), the last day for filing dispositive motions including, but not limited to motions for summary judgment, shall be **May 15, 2027.**

**5. Joint Pretrial Order:**

In accordance with Local Rule 26-1(e)(5), the last day to file a Joint Pretrial Order, including any disclosures pursuant to FRCP 26(a)(3), shall be **June 14, 2027.** In the event dispositive motions are filed, the date for filing the Joint Pretrial Conference shall be suspended until thirty (30) days after decision on the dispositive motion or upon further Order by the Court extending the time period in which to file the Joint Pretrial Order.

**6. FRCP 26(a) Disclosures:**

Pursuant to FRCP Rule 26(a), the parties will make their discovery disclosures, including but not limited to any computation of damages required pursuant to FRCP 26(a)(i)(A)(iii), by **November 13, 2026.**

**7. Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made not later than 21 days before the subject deadline. Any stipulation or motion to extend the discovery cut-off must be made no later than **March 26, 2027**, which is twenty-one (21) days before the discovery cut-off date.

**8. Alternative Dispute Resolution:**

The parties were able to meet and confer about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation. The parties are not amenable to alternative dispute resolution at this time but agree to continue to discuss possible alternative dispute resolution processes as this case progresses.

**9. Alternative Forms of Case Disposition:**

The parties discussed consent to trial by a magistrate judge under 28 U.S.C. section 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The Parties **do not** consent to trial by a magistrate judge or use of the Short Trial Program at this time.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

10. **Electronic Evidence:**

At this time, the parties agree to maintain and preserve all electronically stored evidence, and such evidence will be produced in pdf form unless a specific request for native form is made. The parties also discussed the possible presentation of electronic evidence for the purposes of jury deliberations. While the parties did not reach any stipulation on this issue, the parties agree to continue discussing this issue with the goal of reaching a stipulation well in advance of trial.

Dated this 26 day of October, 2026.

By: ______________
Diego Cruz-Gomez, #1295536
Southern Desert Correctional Center
P.O. Box 208
Indiana Springs, Nevada 89018
*Plaintiff, in Proper Person*

Dated this 16 day of November, 2026.

MARQUIS AURBACH

By: /s/ Andrew Yates
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Andrew Yates, Esq.
Nevada Bar No. 17016
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants Det. Edwin Gutierrez, Det. Jarrod Grimmett and Officer Paul Lomaglio

**ORDER**

IT IS SO ORDERED this 16th day of November, 2026.

Requests for extensions are governed by Local Rule 26-3, not Local Rule 26-4.

______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge